# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2015

*The Court of Appeals hereby passes the following order*

**A16D0113. LORENZO SHELTON v. WILLIAM TERRY.**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2008CV029




*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 20, 2015.*

    *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*